THE STATE, EX REL. CAMPBELL, *v.* GRIMES, JUDGE.

*Supreme court — Dismissals — Moot questions.*

(No. 15189 — Decided May 29, 1916.)

ERROR to the Court of Appeals of Jackson county.

*Mr. Elmer C. Powell,* for plaintiff in error.
*Mr. Benner Jones,* for defendant in error.

Cause dismissed on the authority of *Miner* v. *Witt, Clerk,* 82 Ohio St., 237.

*Cause dismissed.*

NICHOLS, C. J., JOHNSON, DONAHUE, WANAMAKER, NEWMAN, JONES and MATTHIAS, JJ., concur.